■ In the Matter of ANN PETRUS, Appellant, v TOWN OF BRUTUS ZONING BOARD OF APPEALS et al., Respondents. (Appeal No. 1.) [771 NYS2d 445]—Appeal from an order of the Supreme Court, Cayuga County (Peter E. Corning, J.), entered October 25, 2002 in a proceeding pursuant to CPLR article 78. The order granted the motion of respondent Town of Brutus Zoning Board of Appeals to dismiss the petition as time-barred.

■ In the Matter of ANN PETRUS, Appellant, v TOWN OF BRUTUS ZONING BOARD OF APPEALS et al., Respondents. (Appeal No. 2.) [771 NYS2d 444]—Appeal from a judgment of the Supreme Court, Cayuga County (Peter E. Corning, J.), entered December 18, 2002 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition to review the determination of respondent Town of Brutus Zoning Board of Appeals that granted the application of respondents Jeffrey Ward and Gene Ward for a use variance.

It is hereby ordered that the judgment so appealed from be

and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court. Present— Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ.